IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00534-ZLW-BNB

NIMA DAIVARI,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT;
GERALD R. WHITMAN, Chief of Police, Denver Police Department;
RICHARD BOEHNLEIN, Office, Denver Police Department; and
JOHN DOE, Office, Denver Police Department,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Unopposed Motion For Leave To File First Amended Complaint (Doc. No. 14). It is

ORDERED that Plaintiff's Unopposed Motion For Leave To File First Amended Complaint (Doc. No. 14; Apr. 28, 2008) is granted and Plaintiffs' First Amended Complaint And Jury Demand (Doc. No. 12) is accepted for filing by the Court. It is

DATED at Denver, Colorado, this __6__ day of May, 2008.

                                        BY THE COURT:

                                        s/ Zita L. Weinshienk
                                        _____
                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court