IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00534-ZLW-BNB

NIMA DAIVARI,

Plaintiff,

v.

CITY AND COUNT OF DENVER,
GERALD R. WHIMAN, Chief of Police,
Denver Police Department, and
RICHARD BOEHNLEIN, Officer, Denver Police Department, and
JOHN DOES, Officer, Denver Police department,

Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Protective Order** [docket no. 22, filed May 22, 2008 (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: May 23, 2008