IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SENIOR JUDGE ZITA L. WEINSHIENK

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 11, 2008 |
| Court Reporter: Darlene Martinez | Time: 49 minutes |

**CASE NO. 08-cv-00534-ZLW-BNB**

| Parties | Counsel |
|---|---|
| **NIMA DAIVARI,** | Jessica West |
| Plaintiff (s), | |
| vs. | |
| **DENVER POLICE DEPARTMENT, GERALD R. WHITMAN, Chief of Police, Denver Police Department, RICHARD BOEHNLEIN, Denver Police Department, and JOHN DOE, Officer, Denver Police Department,** | John Eckhardt<br>Doug Jewell |
| Defendant (s). | |

## MOTION HEARING

**2:14 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Defendants' Motion to Dismiss (Doc #17), filed 5/6/08.**

**2:16 p.m.** Argument by Mr. Eckhardt. Questions by the Court.

**2:27 p.m.** Argument by Ms. West. Questions by the Court.

**2:47 p.m.** Rebuttal argument by Mr. Eckhardt.

Court states its findings and conclusions.

**ORDERED:** Defendants' Motion to Dismiss (Doc #17), filed 5/6/08 is **GRANTED WITHOUT PREJUDICE** to the plaintiff filing an amended complaint.

**ORDERED:** Case will be dismissed without prejudice on **September 26, 2008.**

**ORDERED:** Settlement conference before Magistrate Judge Boland on September 29, 2008 is **VACATED.**

**3:03 p.m.** **COURT IN RECESS**

**Total in court time:** 49 minutes

**Hearing concluded**