IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00534-ZLW-BNB

NIMA DAIVARI,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,
GERALD R. WHITMAN, Chief of Police, Denver Police Department,
RICHARD BOEHNLEIN, Officer, Denver Police Department, and
JOHN DOE, Officer, Denver Police Department,

    Defendants.

---

**ORDER**

---

This matter was before the Court on September 11, 2008, for oral argument on Defendants' Motion To Dismiss. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendants' Motion To Dismiss (Doc. No. 17; May 6, 2008) is granted. It is

FURTHER ORDERED that the First Amended Complaint and cause of action is dismissed without prejudice, the parties to pay their own costs.

DATED at Denver, Colorado, this   26th   day of September, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court